Jeffrey D. Smyth (SBN 280665)
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666

David K. Mroz (*pro hac vice forthcoming*)
Luke J. McCammon (*pro hac vice forthcoming*)
John M. Williamson (*pro hac vice forthcoming*)
Sonja W. Sahlsten (*pro hac vice forthcoming*)
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:    (202) 408-4000
Facsimile:     (202) 408-4400

Attorneys for Defendant Emergy Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BETTER MEAT CO.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EMERGY, INC. d/b/a MEATI FOODS, PAUL VRONSKY, and BOND CAPITAL MANAGEMENT LP,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-02338-KJM-CKD<br><br>NOTICE OF RELATED CASE<br><br>[L.R. 123] |

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, that pursuant to Local Rule 123 and Federal Rule of Civil Procedure 83, Emergy Inc., (d/b/a Meati Foods) ("Emergy"), by and through the undersigned attorney, hereby gives notice that the above-entitled action is related to *Emergy Inc. (d/b/a Meati Foods) v. The Better Meat Co. and Augustus Pattillo*, Case No. 2:21-cv-02417-WBS-JDP, filed in the United States District Court for the Eastern District of California (the "Emergy Litigation") on December 27, 2021.

### A. Applicable Standards Under L.R. 123

Local Rule 123(b) requires counsel to file a Notice of Related Cases for any action that may be related to another action on file, whether or not dismissed or otherwise terminated. The "notice shall set forth the title and number of each possibly related action, together with a brief statement of their relationship and the reasons why assignment to a single Judge and/or Magistrate Judge is likely to effect a savings of judicial effort and other economies." L.R. 123(b).

Local Rule 123(a) provides that cases are related when:

> (1) both actions involve the same parties and are based on the same or a similar claim;
> (2) both actions involve the same property, transaction, or event;
> (3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or
> (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

### B. The Emergy Litigation Is Related to This Action

The Emergy Litigation is related to this action under L.R. 123(a)(1) because they both involve the same parties and are based on the same or a similar claim. Both cases involve The Better Meat Co. and Emergy. This action includes a claim for declaratory judgement of inventorship of U.S. Patent No. 11,058,137 under 35 U.S.C. § 256, and the Emergy Litigation includes a claim for correction of inventorship of U.S. Patent No. 11,058,137 under 35 U.S.C. § 256.

This action is also related to the Emergy Litigation under L.R. 123(a)(2) because they both involve the same property, transaction, or event. Both cases involve the same property, namely U.S. Patent No. 11,058,137, and other intellectual property, namely Emergy's trade secrets. The two matters also involve the same transactions and events—i.e., Mr. Pattillo's work with Emergy, his subsequent employment with The Better Meat Co., and his alleged misappropriation of Emergy's intellectual property and illicit use of that property at The Better Meat Co.

This action is also related to the Emergy Litigation under L.R. 123(a)(3) because both actions involve similar questions of fact and the same question of law (the correct inventorship of U.S. Patent No. 11,058,137), and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, because the same result should follow in both actions.

Given the relatedness of the two cases, it is likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Accordingly, Emergy respectfully requests that this Court relate this action to Case No. 2:21-cv-02417-WBS-JDP.

Dated:  December 29, 2021          Respectfully submitted,

/s/ *Jeffrey D. Smyth*

Jeffrey D. Smyth (SBN 280665)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorney for Defendant Emergy Inc.