

United States District Court
Eastern District of California

| THE BETTER MEAT CO. | Case Number: 2:21−CV−02338−KJM−CKD |
|---|---|
| Plaintiff(s) | |
| V. | |
| EMERGY, INC. , ET AL. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eric Schlabs hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
THE BETTER MEAT CO.

On 01/08/2018 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/20/2021         Signature of Applicant: /s/ Eric Schlabs

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Eric Schlabs |
| Law Firm Name: | BraunHagey & Borden LLP |
| Address: | 7 Times Square, 27th Floor |
| City: | New York |
| State: | NY |
| Zip: | 11036-6524 |
| Phone Number w/Area Code: | (646) 828-5943 |
| City and State of Residence: | Brooklyn, New York |
| Primary E-mail Address: | schlabs@braunhagey.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | J Noah Hagey |
| Law Firm Name: | BraunHagey & Borden LLP |
| Address: | 351 California Street, 10th Floor |
| City: | San Francisco |
| State: | CA |
| Zip: | 94104 |
| Phone Number w/Area Code: | (415) 599-0210 |
| Bar #: | 262331 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 4, 2022

*[signature]*
CHIEF UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Eric Scott Schlabs

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 18, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 20, 2021.

*Robert D. Mayberger*

Clerk of the Court

CertID-00045483



**Supreme Court, Appellate Division**
**Third Judicial Department**
**Admissions Office**
**P.O. Box 7350, Capitol Station**
**Albany, NY 12224-0350**

Robert D. Mayberger
Clerk of the Court

(518) 471-4778
fax (518) 471-4749
http://www.nycourts.gov/ad3/admissions

Timothy P. O'Keefe
Acting Director of Attorney Admissions

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Robert D Mayberger*

Robert D. Mayberger
Clerk of the Court

Revised October 2020