

# United States District Court
# Eastern District of California

| THE BETTER MEAT CO. | Case Number: 2:21-cv-02338-KJM-CKD |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| EMERGY, Inc. d/b/a MEATI FOODS | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, David K. Mroz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
EMERGY, Inc. d/b/a MEATI FOODS

On 07/01/2009 (date), I was admitted to practice and presently in good standing in the U.S. District Ct. for the District of NJ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
a concurrent application is being submitted in Emergy, Inc. v. The Better Meat Co. et al, 2:21-cv-02417-WBS-JDP

Date: 01/27/2022            Signature of Applicant: /s/ David K. Mroz

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | David K. Mroz |
| Law Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, NW |
| City: | Washington   State: DC   Zip: 20001-4413 |
| Phone Number w/Area Code: | (202) 408-4022 |
| City and State of Residence: | Aldie, VA |
| Primary E-mail Address: | David.Mroz@finnegan.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jeffrey D. Smyth |
| Law Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 3300 Hillview Avenue |
| City: | Palo Alto   State: CA   Zip: 94304 |
| Phone Number w/Area Code: | (650) 849-6600   Bar #: 280665 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 8, 2022

CHIEF UNITED STATES DISTRICT JUDGE

# Certificate of Good Standing



## United States of America
## District of New Jersey

I, **WILLIAM T. WALSH,** Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

### David K. Mroz

*was duly admitted to practice in said Court as of July 1, 2009 and is in good standing as a member of the Bar of said Court.*

**Dated at Trenton, New Jersey**
**on: January 20, 2022**



**WILLIAM T. WALSH, CLERK**

By _____
Rosalie McCartney, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.