

United States District Court
Eastern District of California

THE BETTER MEAT CO.

Plaintiff(s)

V.

EMERGY, INC. d/b/a MEATI FOODS

Defendant(s)

Case Number: 2:21-cv-02338-KJM-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Taylor L. Stark hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
EMERGY, INC. d/b/a MEATI FOODS

On 12/08/2021 (date), I was admitted to practice and presently in good standing in the
Supreme Court of Virginia (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)
A concurrent application is being submitted in Emergy, Inc. v. The Better Meat Co. et al
2:21-cv-02417-KJM-CKD.

Date: 03/29/2022                    Signature of Applicant: /s/ Taylor Lain Stark

**Pro Hac Vice Attorney**

Applicant's Name: Taylor L. Stark

Law Firm Name: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

Address: 1875 Explorer Street, Suite 800

City: Reston   State: VA   Zip: 20190-6023

Phone Number w/Area Code: (571) 203-2719

City and State of Residence: Ashburn, VA

Primary E-mail Address: Taylor.Stark@finnegan.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jeffrey D. Smyth

Law Firm Name: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

Address: 3300 Hillview Avenue

City: Palo Alto   State: CA   Zip: 94304

Phone Number w/Area Code: (650) 849-6600   Bar #: 280665

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   April 6, 2022

CHIEF UNITED STATES DISTRICT JUDGE