David R. Callaway (SBN 121782)
dcallaway@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall St.
Redwood City, CA 94063
Tel.: (650) 752-3100
Fax.: (650) 853-1038

Michael T. Jones (SBN 290660)
mjones@goodwinlaw.com
Katherine G. McKenney (*pro hac vice*)
kmckenney@goodwinlaw.com
Christopher J.C. Herbert (*pro hac vice*)
cherbert@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax.: (617) 523-1231

*Attorneys for Defendants Paul Vronsky and Bond
Capital Management LP*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THE BETTER MEAT CO., <br><br> Plaintiff, <br><br> v. <br><br> EMERGY, Inc. d/b/a MEATI FOODS, PAUL VRONSKY, AND BOND CAPITAL MANAGEMENT LP, <br><br> Defendants. | Case NO. 2:21-cv-02338-KJM-CKD <br><br> **STIPULATION TO CONTINUE HEARING ON DEFENDANTS BOND CAPITAL MANAGEMENT LP AND PAUL VRONSKY'S MOTION TO DISMISS; ORDER** <br><br> Judge:     Hon. Kimberly J. Mueller |

Plaintiff The Better Meat Co. ("Plaintiff") and Defendants Paul Vronsky and Bond Capital Management LP ("Bond Capital") (together, "Bond/Vronsky Defendants") hereby stipulate and agree as follows:

A.      On February 7, 2022, the Bond/Vronsky Defendants filed a Motion to Dismiss the Complaint (ECF No. 29).  The Bond/Vronsky Defendants' Notice of Motion requested a May 6, 2022 hearing date.

B.      Plaintiff filed its Opposition to the Bond/Vronsky Defendants' Motion on April 19, 2022 (ECF No. 52), and the Bond/Vronsky Defendants' reply brief in support of their Motion is due on April 29, 2022.

C.      On April 28, 2022, the Bond/Vronsky Defendants requested to continue the hearing on their Motion to Dismiss until May 27, 2022 pursuant to Local Rule 230(f), and Plaintiff agreed. No request is made to continue the Rule 26(f) conference or the other motions pending for the May 6, 2022 date.

Consequently, Plaintiff and the Bond/Vronsky Defendants hereby STIPULATE and AGREE as follows:

1.      The hearing date for the Bond/Vronsky Defendants' Motion to Dismiss the Complaint (ECF No. 29) is continued until May 27, 2022.

2.      The Bond/Vronsky Defendants' prior to deadline to submit their reply brief on April 29, 2022 will remain unchanged.

3.      The Rule 26(f) conference in this matter and in *Emergy, Inc. d/b/a Meati Foods v. The Better Meat Co. et al.*, Case No. 2:21-cv-02417-KJM-CKD, and the other pending motions in this matter (ECF Nos. 27, 31) and in No. 2:21-cv-02417 (ECF No. 26) will remain on calendar for May 6, 2022.

Respectfully submitted,

Dated:   April 28, 2022                     By:   */s/ Michael T. Jones*
                                                      David R. Callaway (SBN 121782)
                                                      dcallaway@goodwinlaw.com
                                                      **GOODWIN PROCTER LLP**
                                                      601 Marshall St.

1

Redwood City, CA 94063
Tel.: (650) 752-3100
Fax.: (650) 853-1038

Michael T. Jones (SBN 290660)
 mjones@goodwinlaw.com
Katherine G. McKenney (*pro hac vice*)
 kmckenney@goodwinlaw.com
Christopher J.C. Herbert (*pro hac vice*)
 cherbert@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax.: (617) 523-1231

*Attorneys for Defendants Paul Vronsky and*
*Bond Capital Management LP*

*/s/ Jeffrey M. Theodore*
*(as authorized on April 28, 2022)*
J. Noah Hagey (SBN 262331)
 hagey@braunhagey.com
Matthew Borden (SBN 214323)
 borden@braunhagey.com
Jeffrey M Theodore (SBN 324823)
 theodore@braunhagey.com
Robert T. Petraglia (SBN 264849)
 petraglia@braunhagey.com
Amy Senia (SBN 329134)
 senia@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210 / Fax: (415) 599-0210

Eric Schlabs (*pro hac vice*)
 schlabs@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
7 Times Square, 27th Floor
New York, NY 11036-6524
Tel: (646) 828-5943 / Fax: (646) 828-5943

*Attorneys for Plaintiff The Better Meat Co.*

2

**IT IS SO ORDERED:**

1.      The hearing date for the Bond/Vronsky Defendants' Motion to Dismiss the Complaint (ECF No. 29) is continued until May 27, 2022, at 10:00 a.m. before the undersigned.

2.      The Bond/Vronsky Defendants' prior to deadline to submit their reply brief on April 29, 2022 will remain unchanged.

3.      The Rule 26(f) conference in this matter and in Emergy, Inc. d/b/a Meati Foods v. The Better Meat Co. et al., Case No. 2:21-cv-02417-KJM-CKD, and the other pending motions in this matter (ECF Nos. 27, 31) and in No. 2:21-cv-02417 (ECF No. 26) will remain on calendar for May 6, 2022.

DATED:  May 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE