1  J. Noah Hagey, Esq. (SBN: 262331)
      hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
      borden@braunhagey.com
3  Jeffrey M. Theodore, Esq. (SBN: 324823)
      theodore@braunhagey.com
4  Robert Petraglia, Esq. (SBN: 264849)
      petraglia@braunhagey.com
5  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
6  San Francisco, CA 94104
   Telephone: (415) 599-0210
7  Facsimile: (415) 599-0210

8  Eric Schlabs, Esq. (*pro hac vice*)
      schlabs@braunhagey.com
9  BRAUNHAGEY & BORDEN LLP
   118 W 22nd Street, 12th Floor
10 New York, NY 10011
   Telephone: (646) 829-9403
11 Facsimile: (646) 829-9403

12
   ATTORNEYS FOR PLAINTIFF
13 THE BETTER MEAT CO.

14

15                    **UNITED STATES DISTRICT COURT**

16                    **EASTERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| THE BETTER MEAT CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>EMERGY, Inc. d/b/a MEATI FOODS, PAUL VRONSKY, and BOND CAPITAL MANAGEMENT LP,<br><br>    Defendants. | Case No: 2:21-CV-02338-KJM-CKD<br><br>**PLAINTIFF'S AMENDED NOTICE OF MOTION AND NOTICE TO RESCHEDULE HEARING RE ECF NO. 82, MOTION TO DESIGNATE HUGGINS TRANSCIPRT NOT CONFIDENTIAL**<br><br>**Date:** September 21, 2022<br>**Time:** 10 a.m.<br>**Ctrm:** Courtroom 24, 8th Floor<br>**Judge:** Hon. Carolyn K. Delaney<br><br>**Complaint Filed:** December 17, 2021 |

**AMENDED NOTICE OF MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT on September 21, 2022, at 10 a.m., in Courtroom 24 of the U.S. District Court, Eastern District of California, located at 501 I Street, Sacramento, CA 95814, 8th Floor, Plaintiff The Better Meat Co. ("Plaintiff" or "BMC") will and hereby does move the Court to designate the Deposition Transcript of Tyler Huggins not confidential, ECF No. 82. BMC previously noticed the hearing for October 12, 2022 (ECF No. 95) and respectfully submits this updated notice for September 21, 2022, pursuant to today's correspondence with the Court, copying all counsel of record.

The matter for hearing is whether the Court should issue an order that the transcript is not confidential and should be unsealed. Because the transcript was submitted on Defendant Emergy's dispositive anti-SLAPP motion (*see* ECF Nos. 31, 71, 71-1, 71-2, 72), Defendant must supply "compelling reasons" to keep the transcript under seal, notwithstanding any prior sealing of the transcript in the context of a discovery dispute. *See Kamakana v. Honolulu*, 447 F.3d 1172, 1178-82 (9th Cir. 2006). The motion is fully briefed (*see* ECF Nos. 82, 88, 92) and has been re-directed to Magistrate Judge Delaney pursuant to the Court's minute order, ECF No. 94.

Dated: September 8, 2022

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Jeffrey M. Theodore*
Jeffrey M. Theodore

*Attorneys for Plaintiff*
*The Better Meat Co.*