UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER MEAT COMPANY, | No. 2:21-cv-02338-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| EMERGY, INC., dba MEATI FOODS, et al., | |
| Defendants. | |

Plaintiff Better Meat Company ("Better Meat") has filed a motion styled as a Motion to Designate the Deposition Transcript of Tyler Huggins, Ph.D., Not Confidential. (ECF No. 82.) This matter is set for a hearing before the undersigned on September 21, 2022. (See ECF No. 99.)

During the course of reviewing the record as it pertains to the matter currently before the undersigned, the court has determined that the July 28, 2022, order (ECF No. 80) mistakenly resolved ECF No. 69, a request to seal that did not correspond to the parties' discovery dispute then before the undersigned. Accordingly, on the court's own motion, the undersigned will vacate the portion of the July 28, 2022, order granting the request to seal at ECF No. 69. Better Meat's pending motion at ECF No. 82 remains set for a hearing before the undersigned on September 21, 2022.

////

1

In accordance with the above, IT IS HEREBY ORDERED that the July 28, 2022, order (ECF No. 80) is VACATED in part, solely to the extent it purported to grant the request to seal at ECF 69.

Dated: September 20, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.BetterMeat21cv2338.vac