United States District Court
Eastern District of California

THE BETTER MEAT CO.,
Plaintiff(s)

V.

EMERGY, INC., d/b/a MEATI FOODS, et al.
Defendant(s)

Case Number: 2:21-cv-02338-KJM-CKD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Krithika Rajkumar hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
PAUL VRONSKY, and BOND CAPITAL MANAGEMENT LP.

On 06/18/2020 (date), I was admitted to practice and presently in good standing in the Massachusetts State Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/28/2022 Signature of Applicant: /s/ Krithika Rajkumar

**Pro Hac Vice Attorney**

Applicant's Name: Krithika Rajkumar

Law Firm Name: Holland & Knight LLP

Address: 10 St. James Avenue

City: Boston State: MA Zip: 02116

Phone Number w/Area Code: (617) 573-5857

City and State of Residence: Boston, Massachusetts

Primary E-mail Address: Krithika.Rajkumar@hklaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniel P. Kappes

Law Firm Name: Holland & Knight LLP

Address: 50 California Street

Suite 2800

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 743-9600 Bar # 303454

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 13, 2022

CHIEF UNITED STATES DISTRICT JUDGE

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **June 18, 2020**, said Court being the highest Court of Record in said Commonwealth:

**Krithika Rajkumar**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-eighth** day of **April** in the year of our Lord **two thousand and twenty-two.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.