J. Noah Hagey (SBN 262331)
  hagey@braunhagey.com
Matthew Borden (SBN 214323)
  borden@braunhagey.com
Jeffrey M Theodore (SBN 324823)
  theodore@braunhagey.com
Robert T. Petraglia (SBN 264849)
  petraglia@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210 / Fax: (415) 599-0210

Eric Schlabs (*pro hac vice*)
  schlabs@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel: (646) 829-9403 / Fax: (646) 829-9403

*Attorneys for Plaintiff The Better Meat Co.*

Jeffrey D. Smyth (SBN 280665)
  jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600 / Fax: (650) 849-6666

David K. Mroz (*pro hac vice*)
  David.Mroz@finnegan.com
Luke J. McCammon (*pro hac vice*)
  Luke.McCammon@finnegan.com
John M. Williamson (*pro hac vice*)
  John.Williamson@finnegan.com
Sonja W. Sahlsten (*pro hac vice*)
  Sonja.Sahlsten@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000 / Fax: (202) 408-4400

Deanna C. Smiley (pro hac vice)
  Deanna.Smiley@finnegan.com
Taylor L. Stark (pro hac vice)
  Taylor.Stark@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Tel: (571) 203-2700 / Fax: (571) 203-2777

*Attorneys for Defendant Emergy, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BETTER MEAT CO., <br><br> Plaintiff, <br><br> v. <br><br> EMERGY, Inc. d/b/a MEATI FOODS, PAUL VRONSKY, and BOND CAPITAL MANAGEMENT LP, <br><br> Defendants. | CASE NO. 2:21−CV−02338−KJM−CKD <br><br> **JOINT STIPULATION AND ADMINISTRATIVE MOTION TO SET DEADLINES REGARDING COUNTERCLAIMS AND [PROPOSED] ORDER** <br><br> Judge:     Hon. Kimberly J. Mueller <br> Location:  Courtroom 3, 15th Floor |

**STIPULATION AND JOINT MOTION**

Pursuant to Local Rule 144(a) and 233, Plaintiff/Counterdefendant The Better Meat Co. ("BMC"), Counterdefendant Augustus Pattillo ("Pattillo"), and Defendant/Counterplaintiff Emergy, Inc. (d/b/a Meati Foods) ("Emergy" and, together with BMC and Pattillo, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree and jointly move as follows:

1. Emergy filed its Answer to the Complaint and Counterclaims against BMC and Mr. Pattillo on November 2, 2022, Dkt. 113 (the "Counterclaims").

2. The Parties stipulate that BMC and Mr. Pattillo accepted service as of November 15, 2022.

3. The Parties stipulate that the time for BMC and Mr. Pattillo to answer or otherwise respond to the Counterclaims is extended up to and including December 16, 2022.

4. Local Rule 144(a) of this Court permits the parties to stipulate to an initial extension of the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days. This stipulated-to extension does not exceed 28 days for any Counterdefendant. This is the first stipulation for a request for an extension of time to answer or otherwise respond to the Counterclaims submitted by the Parties. The Parties' execution of this Stipulation shall not constitute a waiver of any claim or defense.

5. The Parties further stipulate and agree and jointly move the Court to set the following briefing schedule on a motion to dismiss the Counterclaims:

   a. Opposition to motion to dismiss: January 13, 2023

   b. Reply in support of motion to dismiss: January 27, 2023

6. There is good cause to enter this briefing schedule as it will allow efficient briefing in a manner consistent with the schedules and plans of counsel for the Parties.

7. BMC and Pattillo will set a hearing date on any motion to dismiss that is consistent with this briefing schedule.

**ORDER**

The Parties have stipulated that BMC and Pattillo shall have until December 16, 2022, to answer or otherwise respond to the Counterclaims.  The Court, having considered the Parties' request to adjust certain deadlines and good cause appearing therefor, ORDERS the Parties to complete briefing according to the schedule set forth in their Joint Stipulation and Motion, namely opposition due on January 13, 2023, and reply due on January 27, 2023.  BMC and Pattillo shall set any motion to dismiss for hearing on a date that is consistent with this briefing schedule.

IT IS SO ORDERED.

DATED:  November 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Dated: November 21, 2022            BRAUNHAGEY & BORDEN LLP

|   |   |
|---|---|
|   | By:    */s/ Jeffrey M. Theodore* <br> Jeffrey M. Theodore <br> *Attorney for Plaintiff The Better Meat Co.* |
| Dated: November 21, 2022 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP <br><br> By:    */s/ David Mroz* (by consent) <br> David Mroz <br> *Attorney for Defendant Emergy, Inc.* |

**ATTESTATION**

Counsel for Plaintiff The Better Meat Co. hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendant Emergy, Inc.

Dated: November 21, 2022　　　　　　　BRAUNHAGEY & BORDEN LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Jeffrey M. Theodore*
　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Theodore

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff The Better Meat Co.*