UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BETTER MEAT CO., | No. No. 2:21-cv-02338-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| EMERGY, Inc. d/b/a MEATI FOODS, PAUL VRONSKY, AND BOND CAPITAL MANAGEMENT LP, | |
| Defendants. | |

In light of the close of limited discovery and the parties' recent filings, the court **directs** the parties to clarify whether defendant Emergy's motion to strike under California's Anti-SLAPP statute, ECF No. 31, is now fully submitted and to identify with specificity the documents the court is to consider in connection with this motion. The court **orders the parties to file responses within seven (7) days of this order.**

IT IS SO ORDERED.

DATED: February 7, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1