J. Noah Hagey (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden (SBN: 214323)
  borden@braunhagey.com
Jeffrey M. Theodore (SBN: 324823)
  theodore@braunhagey.com
Robert Petraglia (SBN: 264849)
  petraglia@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Eric Schlabs (*pro hac vice*)
  schlabs@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

ATTORNEYS FOR PLAINTIFF
THE BETTER MEAT CO.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BETTER MEAT CO.,<br><br>Plaintiff,<br><br>v.<br><br>EMERGY, Inc. d/b/a MEATI FOODS, PAUL VRONSKY, and BOND CAPITAL MANAGEMENT LP,<br><br>Defendants. | Case No: 2:21-CV-02338-KJM-CKD<br><br>**ORDER GRANTING PLAINTIFF BMC'S RENEWED ADMINISTRATIVE MOTION TO STAY BRIEFING AND HEARING OF DEFENDANT'S MOTION FOR ATTORNEYS' FEES** |
| EMERGY, INC. d/b/a MEATI FOODS,<br><br>Counterclaimant,<br><br>v.<br><br>THE BETTER MEAT CO. and AUGUSTUS PATTILLO,<br><br>Counterdefendants. | Location: Courtroom 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller |

Case No. 2:21-CV-02338-KJM-CKD
ORDER GRANTING PLAINTIFF BMC'S ADMINISTRATIVE MOTION TO STAY MOTION FOR ATTORNEYS' FEES

# ORDER

The Court, having considered Plaintiff The Better Meat Co.'s ("BMC") Renewed Administrative Motion to Stay Briefing and Hearing of Defendant's Motion for Attorneys' Fees, and good cause appearing therefore, hereby orders as follows:

BMC's Motion is **GRANTED**. Further briefing on Defendant Emergy's Motion for Attorneys' Fees and Costs is stayed pending a decision on whether the motion is premature at this time. BMC shall not be required to respond to the Motion pending such decision.

The briefing schedule on the Motion for Attorneys' Fees and Costs and the hearing noticed for July 21, 2023, at 10 a.m. is hereby vacated. Counsel shall be notified if a further hearing is to be set.

**IT IS SO ORDERED.**

Dated: May 25, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE