J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
  theodore@braunhagey.com
Robert Petraglia, Esq. (SBN: 264849)
  petraglia@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

Eric Schlabs, Esq. (*pro hac vice*)
  schlabs@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 829-9403


ATTORNEYS FOR PLAINTIFF
THE BETTER MEAT CO.

Jeffrey D. Smyth (SBN 280665)
  jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Tel: (650) 849-6600 / Fax: (650) 849-6666

David K. Mroz (*pro hac vice*)
  David.Mroz@finnegan.com
Luke J. McCammon (*pro hac vice*)
  Luke.McCammon@finnegan.com
John M. Williamson (*pro hac vice*)
  John.Williamson@finnegan.com
Sonja W. Sahlsten (*pro hac vice*)
  Sonja.Sahlsten@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000 / Fax: (202) 408-4400

Deanna C. Smiley (pro hac vice)
  Deanna.Smiley@finnegan.com
Taylor L. Stark (pro hac vice)
  Taylor.Stark@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Tel: (571) 203-2700 / Fax: (571) 203-2777

ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIMANT EMERGY, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE BETTER MEAT CO.,<br><br>  Plaintiff,<br><br>  v.<br><br>EMERGY, Inc. d/b/a MEATI FOODS, PAUL VRONSKY, and BOND CAPITAL MANAGEMENT LP,<br><br>  Defendants. | Case No: 2:21-CV-02338-KJM-CKD<br><br>**JOINT STIPULATION AND ADMINISTRATIVE MOTION TO ALTER BRIEFING SCHEDULE ON MOTION FOR FEES, MOTION TO STAY, AND ADMINISTRATIVE MOTION, AND ORDER**<br><br>Location: Courtroom 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller |

1  EMERGY, INC. d/b/a MEATI FOODS,
2          Counterclaimant,
3      v.
4  THE BETTER MEAT CO. and AUGUSTUS PATTILLO,
5
6          Counterdefendants.

**JOINT STIPULATION AND ADMINISTRATIVE MOTION**

Pursuant to Local Rule 144(a) and 233, Plaintiff/Counterdefendant The Better Meat Co. ("BMC"), Counterdefendant Augustus Pattillo ("Pattillo"), and Defendant/Counterclaimant Emergy, Inc. (d/b/a Meati Foods) ("Emergy") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree and jointly move as follows:

1. On May 12, 2023, Emergy filed its Motion for Attorneys' Fees, ECF 136 (the "Fee Motion"), set for July 21, 2023;

2. Contemporaneous with this Stipulation, BMC has filed its Motion to Stay Briefing and Hearing of the Fee Motion and for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), ECF 141 (the "Full Stay Motion"), set for July 21, 2023;

3. Also contemporaneous with this Stipulation, BMC has re-filed its Administrative Motion to Stay Briefing and Hearing of the Fee Motion pending Decision of the Full Stay Motion, ECF 142 (the "Interim Stay Motion");

4. The Parties stipulate and agree and jointly move the Court to alter the briefing schedule on the Interim Stay Motion as follows:
    a. Opposition: June 1, 2023

5. The Parties stipulate and agree and jointly move the Court to alter the briefing schedule on the Fees Motion and the Full Stay Motion as follows:
    a. Oppositions: June 16, 2023
    b. Replies: July 10, 2023
    c. Hearing: July 21, 2023

6. The foregoing schedule is subject to disposition of the Interim Stay Motion which seeks to obviate a briefing schedule on the Fees Motion and as to which relief BMC reserves its rights. In the event the Interim Stay Motion is granted, the foregoing schedule will continue to apply to the Full Stay Motion. In the event the Interim Stay Motion is not granted, the foregoing schedule will continue to apply to the Full Stay Motion and Fees Motion;

1 | 7. There has been no prior extension of time on the Interim Stay Motion, the Fees
2 | Motion, or the Full Stay Motion;
3 | 8. There is good cause to enter this briefing schedule as it will allow efficient briefing
4 | in a manner consistent with the schedules and plans of counsel for the Parties.

**ORDER**

The Court, having considered the Parties' request to alter the briefing schedules and good cause appearing therefor, ORDERS that the Parties shall complete briefing of the Interim Stay Motion, Fees Motion, and the Full Stay Motion according to the schedule set forth in their Joint Stipulation and Motion, namely the opposition to the Interim Stay Motion due on June 1, 2023; the oppositions to the Full Stay Motion and Fees Motion due on June 16, 2023; and the replies to the Full Stay Motion and Fees Motion due on July 10, 2023. Hearing on the Full Stay Motion and Fees Motion is set for July 21, 2023 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 26, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE