# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BETTER MEAT CO., <br><br> Plaintiff, <br><br> v. <br><br> EMERGY, INC. d/b/a MEATI FOODS <br><br> Defendant. <br><br> EMERGY, INC. d/b/a MEATI FOODS, <br><br> Counterclaimant, <br><br> v. <br><br> THE BETTER MEAT CO. and AUGUSTUS PATTILLO, <br><br> Counterdefendants. | CASE NO. 2:21−CV−02338−KJM−CKD <br><br> **ORDER PROVISIONALLY GRANTING EMERGY, INC.'S UNOPPOSED REQUEST TO SEAL DOCUMENTS** <br><br> Judge:     Hon. Kimberly J. Mueller |

**ORDER**

The Court, having considered the unopposed request of Defendant and Counterclaimant Emergy, Inc. ("Emergy") to seal certain documents, specifically the Confidential Materials, which Better Meat Company (BMC) has indicated it will file as exhibits to its forthcoming Motion for Summary Judgment and may reference and excerpt in its Motion for Summary Judgment, HEREBY ORDERS THAT:

The Confidential Materials, which have been lodged with this Court, shall be filed provisionally under seal given the short time frame in which this court was requested to review and seal these documents.

IT IS SO ORDERED.

Dated: April 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE