J. Noah Hagey (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore (SBN: 324823)
    theodore@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

Eric Schlabs (*pro hac vice*)
    schlabs@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 829-9403

ATTORNEYS FOR PLAINTIFF
THE BETTER MEAT CO.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE BETTER MEAT CO., | Case No: 2:21-CV-02338-KJM-CKD |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST RE SEALING** |
| v. | Judge: Hon. Kimberly J. Mueller |
| EMERGY, Inc. d/b/a MEATI FOODS, PAUL VRONSKY, and BOND CAPITAL MANAGEMENT LP, | |
| Defendants. | |

# ORDER

This court's civil standing order states:

> The court will only consider requests to seal or redact filed by the proponent of sealing or redaction. When a party plans to make a filing that includes material an opposing party has identified as confidential and potentially subject to sealing, the filing party shall provide the opposing party with sufficient notice in advance of filing to allow for the opposing party to seek an order of sealing or redaction from the court.

Civil Standing Order ¶ 13. Here, The Better Meat Co. (BMC) adhered to this rule by providing Emergy with notice in advance of filing a motion for summary judgment, MSJ, ECF No. 163, resulting in Emergy's filing a notice of request to seal documents, Req., ECF No. 161, which this court provisionally granted, *see* Prior Order (Apr. 12, 2024), ECF No. 162. Now, despite not being the proponent of sealing, BMC requests the court retroactively seal the document identified as Exhibit 4 filed on the docket at ECF No. 163-16, which BMC belatedly discovered was not properly shared with Emergy and was therefore not included in Emergy's request to seal. Emergy has not filed an opposition. *See* Local Rule 141(c).

Having carefully considered BMC's Request regarding sealing, specifically the document attached as Exhibit 4 to the Declaration of Jeffrey M. Theodore in Support of Plaintiff The Better Meat Co. and Counter-Defendant Augustus Pattillo's Motion for Summary Judgment (ECF No. 163-16), the Court HEREBY ORDERS THAT:

Despite the procedural deficiencies, Exhibit 4, ECF No. 163-16, which has been lodged with this Court, shall be filed provisionally under seal at this time. ECF No. 163-16 shall remain locked and not accessible to the public until further action by the Court.

**IT IS SO ORDERED.**

DATED: April 23, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE