1  Jeffrey D. Smyth (SBN 280665)
     jeffrey.smyth@finnegan.com
2  **FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP**
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Tel: (650) 849-6600 / Fax: (650) 849-6666

5  Deanna C. Smiley (*pro hac vice*)
     Deanna.Smiley@finnegan.com
6  Taylor L. Stark (*pro hac vice*)
     Taylor.Stark@finnegan.com
7  **FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP**
8  1875 Explorer Street, Suite 800
   Reston, VA 20190-6023
9  Tel: (571) 203-2700 / Fax: (571) 203-2777

10 *Attorneys for Defendant and Counterclaimant
   Emergy Inc.*
11

David K. Mroz (*pro hac vice*)
  David.Mroz@finnegan.com
Luke J. McCammon (*pro hac vice*)
  Luke.McCammon@finnegan.com
John M. Williamson (*pro hac vice*)
  John.Williamson@finnegan.com
Sonja W. Sahlsten (*pro hac vice*)
  Sonja.Sahlsten@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000 / Fax: (202) 408-4400

12

13          **UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF CALIFORNIA**

14

15 THE BETTER MEAT CO.,

16                 Plaintiff,

17        v.

18 EMERGY, INC. d/b/a MEATI FOODS

19                 Defendants.

20 EMERGY, INC. d/b/a MEATI FOODS,

21                 Counterclaimant,

22        v.

23 THE BETTER MEAT CO. and AUGUSTUS
   PATTILLO,
24

25                 Counterdefendants.

CASE NO. 2:21−CV−02338−KJM−CKD

**ORDER GRANTING EMERGY, INC.'S
UNOPPOSED IN PART
ADMINISTRATIVE MOTION TO
EXTEND DEADLINE TO RESPOND
TO PLAINTIFF AND COUNTER-
DEFENDANT THE BETTER MEAT
CO. AND COUNTER-DEFENDANT
AUGUSTUS PATTILLO'S MOTION
FOR SUMMARY JUDGMENT**

Judge:        Hon. Kimberly J. Mueller

26

27

28

1    The Court having reviewed Defendant and Counterclaimant Emergy, Inc.'s ("Emergy")

2  Unopposed In-Part Administrative Motion to Extend the Deadline to Respond to Plaintiff and

3  Counter-Defendant The Better Meat Co.'s and Counter-Defendant Augustus Pattillo's (collectively

4  "Plaintiffs") Motion for Summary Judgment and good cause appearing therefore, GRANTS the

5  motion (ECF No. 166).  Emergy's Opposition to Plaintiffs' Motion for Summary Judgment shall be

6  filed by May 3, 2024.

7    IT IS SO ORDERED:

8  DATED:  April 23, 2024.

9

10

11                                        _____

                                                  CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING EMERGY'S UNOPPOSED  IN PART ADMIN MOTION TO
EXTEND DEADLINE TO RESPOND TO MSJ
CASE NO. 2:21-CV-02338-KJM-CKD