# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BETTER MEAT CO., | CASE NO. 2:21−CV−02338−KJM−CKD |
| Plaintiff, | **ORDER GRANTING EMERGY, INC.'S RENEWED REQUEST TO SEAL DOCUMENTS** |
| v. | |
| EMERGY, INC. d/b/a MEATI FOODS | Judge:  Hon. Kimberly J. Mueller |
| Defendant. | |
| EMERGY, INC. d/b/a MEATI FOODS, | |
| Counterclaimant, | |
| v. | |
| THE BETTER MEAT CO. and AUGUSTUS PATTILLO, | |
| Counterdefendants. | |

**ORDER**

The Court, having considered the renewed request of Defendant and Counterclaimant Emergy, Inc. ("Emergy") to seal portions of certain documents, ECF No. 188, specifically the Confidential Materials, HEREBY ORDERS THAT:

The portions of the Confidential Materials identified by Emergy, which has been lodged with this Court, shall be filed under seal. The court denies the motion for a 7-day extension of time to file the renewed request to seal as moot. *See* Mot., ECF No. 186. In light of this, the court provides Emergy with 7 days to supplement the request at ECF No. 188, if necessary.

IT IS SO ORDERED.

Dated: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE